UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Matthew Muldowney, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Fair Collections & Outsourcing, Inc.,

        Defendant.

Docket No: 5:19-cv-00594-FJS-ATB

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: December 13, 2019

| | |
|---|---|
| **RIVKIN RADLER LLP** | **BARSHAY SANDERS, PLLC** |
| By: /s James Lagios | By: /s Craig B. Sanders |
| James Lagios, Esq. | Craig B. Sanders |
| 9 Thurlow Terrace | 100 Garden City Plaza, Suite 500 |
| Albany, New York 12203 | Garden City, New York 11530 |
| Tel: (518) 641-7052 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 115821 |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED.
December 17, 2019

_____
Frederick J. Scullin, Jr.
Senior United States District Judge